# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127838(21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 127838
COA: 256770
Wayne CC: 95-004065-FC

MEARL ELTON JONES,
a/k/a JAMES E. JONES,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously. See *People v O'Donnell*, 474 Mich 867 (2005).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

d0123